IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUROPLAN FINANCIAL SERVICES LTD., as Trustee | : | CIVIL ACTION |
| for Ormand Trust, and DEBORAH RICHDALE | : | |
| | : | |
| v. | : | |
| | : | |
| TRUE PRODUCT ID, INC., RENE HAMOUTH, | : | |
| HAMOUTH FAMILY TRUST, WILLIAM R. DUNAVANT, | : | |
| RICHARD SPECHT, and WILSON W. HENDRICKS, III | : | NO. 08-3224 |

## ORDER

AND NOW, this 2nd day of October, 2009, it having been reported to the court that the issues between plaintiffs and defendants in this action have been settled, and upon Order of the court, pursuant to the provisions of 41.1(b) of the Local Rules of Civil Procedure of this court, it is **ORDERED** that:

1. This case is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs, **AS TO ALL NAMED DEFENDANTS TO THIS ACTION.**

2. The Clerk is directed to mark this case **CLOSED**.


ATTEST:                                             or           BY THE COURT:


/s/ Madeline F. Ward                                             /s/ Norma L. Shapiro
Madeline F. Ward, Deputy Clerk                                                              J.